Robert F. McLAUGHLIN, Jr., et al.,
Plaintiffs/Appellants,

v.

ANDREWS ACADEMY, et al.,
Defendants/Respondents.

No. 58497.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 2, 1991.

Charles J. McMullin, St. Louis, for plaintiffs/appellants.

James P. Lemonds, Erich Vieth, Holtkamp, Liese, Beckemeier and Childress, St. Louis, for defendants/respondents.

## MEMORANDUM

### PER CURIAM.

Plaintiffs appeal from a judgment based on a jury verdict in favor of defendants in a personal injury case. No error of law appears and there was evidence to support the jury verdict. No precedential value would be served by an opinion. The parties have been furnished with a statement in support of this memorandum. Judgment affirmed in compliance with Rule 84.-16(b).